# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLYN FOSTER,** | : | **CIVIL ACTION NO. 1:12-CV-2579** |
| Petitioner | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **ERIC HOLDER**, Attorney General | : | |
| of the United States, *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 8th day of March, 2013, upon consideration of petitioner's most recent filing, entitled "Removal Proceeding," in which he seeks a reduction in the $10,000 bond amount that the Immigration Judge set at his Court ordered February 12, 2013 bond hearing, or, alternatively, release from detention, and because this Court's power to entertain habeas applications ensues solely from the narrowly-tailored mandate of 28 U.S.C. §2241, which, with respect to the claims raised by an alien awaiting removal, limits relief to a directive of a bond hearing, and because this Court has no authority to second-guess a substantive outcome of proceedings held by an immigration judge as the appellate review of immigration judges is vested in the Board of Immigration Appeals and the United States Courts of Appeals, Accord Diop v. ICE/Homeland Sec., 656 F.3d 221, (3d Cir. 2011)), it is hereby ORDERED that petitioner's request (Doc. 8) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge