# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANKLYN FOSTER**, | CIVIL ACTION NO. 1:12-CV-2579 |
| Petitioner | (Chief Judge Conner) |
| v. | |
| **ERIC HOLDER**, Attorney General of the United States, *et al.*, | |
| Respondents | |

## ORDER

AND NOW, this 30th day of September, 2013, upon consideration of the respondents' September 24, 2013, supplemental response (Doc. 15) to this Court's order of September 4, 2013 (Doc. 14), directing respondents to address the reasonableness of petitioner's detention under 8 U.S.C. § 1226(c) on or before September 27, 2013, and according to the "Immigration Bond" (Doc. 15, at 3) attached to the supplemental response, on March 21, 2013, bond in the amount of $10,000.00 was posted (Id. at 4) and petitioner was released from the custody of Immigration and Customs Enforcement[1], which renders the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the

---

[1] Petitioner is residing in District Heights, Maryland and venue of the removal proceedings has been transferred to Baltimore, Maryland. (Doc. 15-1, at 6.)

course of adjudication that eliminate a plaintiff's personal stake in the merit of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.
2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
CHRISTOPHER C. CONNER
Chief Judge, Middle District of Pennsylvania